# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DAWUD AMEEN HUSAIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:20-CV-607 RLW |
| JOSEPH N. WALSH, et al., | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on the filing of plaintiff's complaint. Plaintiff has failed to either pay the full $400 filing fee or file a motion to proceed in forma pauperis.

Plaintiff, a prisoner, has filed at least three previous cases that were dismissed as frivolous, malicious, or for failure to state a claim.[1] Under 28 U.S.C. § 1915(g), therefore, the Court may not grant a motion to proceed in forma pauperis unless the plaintiff "is under imminent danger of serious physical injury."

After carefully reviewing the complaint, the Court finds no allegations that show plaintiff is in imminent danger of serious physical injury. As a result, the Court will Order plaintiff to pay the full filing fee of $400 within twenty-one days of the date of this Memorandum and Order. Plaintiff's failure to do so will result in a dismissal of this action without prejudice.

Accordingly,

---

[1] *See Husain v. Drews*, No. 4:18CV1235 CDP (E.D.Mo.); *Husain v. State of Mo.*, No. 4:18CV1466 JCH (E.D.Mo); *Husain v. Smith*, No. 4:18CV1116 JCH (E.D.Mo); *Husain v. State of Mo*, No. 4:18-CV-1008 SNLJ (E.D.Mo); *Husain v. Circuit Court of St. Louis County, Missouri*, No. 4:17-CV-2385 CDP (E.D.Mo.); *Husain v. Laumier*, No. 4:18-CV-1115 JCH (E.D.Mo.); *Husain v. Heggie*, No. 4:18-CV-1234 SNLJ (E.D.Mo.).

**IT IS HEREBY ORDERED** plaintiff must pay the full $400 filing fee within twenty-one days of the date of this Memorandum and Order.

**IT IS FURTHER ORDERED** that plaintiff's failure to pay the full filing fee within twenty-one days of this Memorandum and Order will result in a dismissal of this action, without prejudice.

Dated this 6th day of May, 2020.

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE