# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DAWUD AMEEN HUSAIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:20-CV-607 RLW |
| JOSEPH N. WALSH, III, et al., | ) ) ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion to proceed in forma pauperis. Plaintiff, a prisoner, has filed at least three previous cases that were dismissed as frivolous, malicious, or for failure to state a claim.[1] Under 28 U.S.C. § 1915(g), therefore, the Court may not grant the motion unless plaintiff "is under imminent danger of serious physical injury."

After carefully reviewing the complaint, the Court finds no allegations that show plaintiff is in imminent danger of serious physical injury. As a result, the Court will deny the motion and dismiss this action without prejudice to refiling as a fully-paid complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [Doc. #3] is **DENIED.**

---

[1]*See Husain v. Drews*, No. 4:18CV1235 CDP (E.D.Mo.); *Husain v. State of Mo.*, No. 4:18CV1466 JCH (E.D.Mo); *Husain v. Smith*, No. 4:18CV1116 JCH (E.D.Mo); *Husain v. State of Mo*, No. 4:18-CV-1008 SNLJ (E.D.Mo); *Husain v. Circuit Court of St. Louis County, Missouri*, No. 4:17-CV-2385 CDP (E.D.Mo.); *Husain v. Laumier*, No. 4:18-CV-1115 JCH (E.D.Mo.); *Husain v. Heggie*, No. 4:18-CV-1234 SNLJ (E.D.Mo.).

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

Dated this 18th day of May, 2020.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE