# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DAWUD AMEEN HUSAIN, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:20-CV-607 RLW |
| JOSEPH N. WALSH, III, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon remand from the Eighth Circuit Court of Appeals for collection of the appellate filing fee. The Court will order the Missouri Department of Corrections to assess, and when funds exist, collect the $505 appellate filing fee, on behalf of plaintiff.

Accordingly,

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 1915(b)(4), the initial partial filing fee is waived.

**IT IS FURTHER ORDERED** that the institution having custody of plaintiff shall, whenever the amount in plaintiff's inmate account exceeds $10.00, send monthly payments that equal 20 percent of the funds credited to the account the preceding month to the United States District Court for the Eastern District of Missouri Clerk's office, pursuant to 28 U.S.C. § 1915(b)(2), until the appellate filing fee of $505.00 is paid in full.

Dated this 15th day of October, 2020.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE